

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲▪
NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 21, 2021

<u>Via CM/ECF</u>
The Honorable Alison J. Nathan
United States District Court
Southern District of New York



     **Re:**    **<u>Monegro vs Zachary Prell Inc.</u>**
            **Case #: 1:21-cv-01330**

Dear Judge Nathan:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for April 30, 2021, at 3:00pm be adjourned by 45 days. Defendant has been served, and his Answer is due April 29, 2021. Defendant has not made any contact with Plaintiff. The adjournment of the conference will grant the parties more time to work together to submit a joint letter and a proposed Case Management Plan ahead of the conference.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                      Respectfully submitted,

                                      <u>s/ Mark Rozenberg</u>
                                      Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

> The initial pretrial conference is hereby adjourned to June 18, 2021 at 3:00 p.m. SO ORDERED.
>
> *Alison J. Nathan*
> 4/21/2021